# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

APR 05 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

MODESTO SOLIZ-TORRES (1),

                    Defendant.

CASE NO. 13CR0902

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

 X    an indictment has been filed in another case against the defendant and
      the Court has granted the motion of the Government for dismissal of
      this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal,
      without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of
      acquittal; or

____  a jury has been waived, and the Court has found the defendant not
      guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) as charged in the Information:

      8 USC 1326(a) and (b) - REMOVED ALIEN FOUND IN THE UNITED STATES


          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/05/13

                              _____
                              Thomas J. Whelan
                              U.S. District Judge